Respondents, v. TAIN CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of VENUS TRADING COMPANY, Respondent, against SILK SERVICE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of WHOU LING SILK MFG. Co., LTD., Respondent, against SILK SERVICE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

63RD ST. THEATRES, LTD., INC., Appellant, v. MANSION ESTATES, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [137 Misc. 285.]

ARMSTRONG BROS., INC., Respondent, v. RAYMOND RUBIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Election of Trustees of the RUTHENIAN GREEK CATHOLIC CHURCH OF ST. GEORGE, NEW YORK CITY.— Order reversed, without costs and disbursements, and the matter remitted to the justice making the order for determination upon the merits. If further proof should be deemed necessary, he may take the same. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of A. VIVIAN HOGG, Trading as HOGG & Co., Respondent, against SILK SERVICE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES T. CAVANAGH, as President of Local Union No. 585 of New York City of the United Brotherhood of Carpenters and Joiners of America, Appellant, v. LINCOLN JOSE and Others, Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES T. CAVANAGH, as President of Local Union No. 585 of New York City of the United Brotherhood of Carpenters and Joiners of America, Appellant, v. LINCOLN JOSE and Others, Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NANNIE GLOVER KAUFMAN, Plaintiff, v. EMPIRE TRUST COMPANY, Defendant, Respondent. THE ADAMS EXPRESS COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TERRY KAPLAN, Appellant, v. JAMES AUERBACH, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED I. RITTIG, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.